No. 584. FEDERAL COMMUNICATIONS COMMISSION *v.* BROADCASTING SERVICE ORGANIZATION, INC. United States Court of Appeals for the District of Columbia

Circuit. Certiorari granted. *Solicitor General Perlman* and *Benedict P. Cottone* for petitioner. *Ben S. Fisher, John P. Southmayd* and *Walter M. Bastian* for respondent.

*Certiorari Denied.* (*See also No. 649 and No. 443, Misc., supra.*)